[Nos. 33924-6-III; 33925-4-III;  Division Three.  November 8, 2016.]
33926-2-III.

*In the Matter of the Parental Rights to* M.I.-S. ET AL.

Appeals from a judgment of the Superior Court for Benton County, No. 14-7-00404-0, Carrie L. Runge, J., entered October 28, 2015. *Reversed* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Pennell, J.

[No. 33425-2-III.  Division Three.  November 10, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ISMAEL SOTO-VALDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 14-1-50672-3, Vic L. VanderSchoor, J., entered June 3, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.

[No. 73531-4-I.  Division One.  November 14, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. NAVARONE GREGORY RANDMEL, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 15-1-00006-6, Ira Uhrig, J., entered May 12, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Leach, J., concurred in by Verellen, C.J., and Dwyer, J.

[No. 73842-9-I.  Division One.  November 14, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY JAMES THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-02137-7, Helen Halpert, J., entered August 12, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Cox and Leach, JJ.